■ ROBERT W. HEYER et al., Respondents, v CITY OF NEW YORK et al., Appellants. — Judgment, Supreme Court, Bronx County (Wallace R. Cotton, J.), entered on November 9, 1983, unanimously reversed, on the law and the facts, and a new trial ordered solely on the issue of damages, without costs and without disbursements, unless plaintiffs, within 20 days after service of a copy of the order to be entered herein upon their attorney, with notice of entry, serve and file in the office of the clerk of the trial court a written stipulation consenting to reduce the verdict in their favor to $850,000 and to the entry of an amended judgment in accordance therewith. If the plaintiffs so stipulate, the judgment, as so amended and reduced, is affirmed, without costs and without disbursements.

After review of the record, the damages appear to us to be excessive to the extent indicated. Concur — Kupferman, J. P., Sandler, Sullivan and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN BROWN, Appellant. — Judgment, Supreme Court, Bronx County (Joseph Mazur, J.), rendered on July 14, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Bloom and Kassal, JJ.

■ In the Matter of ARTHUR PERRY. — Motion granted only to the extent of referring the matter to the Departmental Disciplinary Committee to hear, report and recommend as to whether petitioner now possesses the character and general fitness to practice law, as indicated in the order of this court. Concur — Kupferman, J. P., Sullivan, Fein, Milonas and Kassal, JJ.